```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CAROLINE POLT and MONICA POLT,   :  CIVIL ACTION
individually and as co-          :  NO. 16-02362
executors of the estate          :
of JOANNE POLT, deceased,        :
                                 :
     Plaintiffs,                 :
                                 :
v.                               :
                                 :
SANDOZ, INC.,                    :
                                 :
     Defendant.                  :
```

**O R D E R**

**AND NOW**, this **25th** day of **April, 2019**, upon consideration of Plaintiffs' Motion for Leave to File a Supplemental Expert Report (ECF No. 119), it is hereby **ORDERED** as follows:

1) Plaintiffs' Motion for Leave to File a Supplemental Expert Report (ECF No. 119) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

2) Defendant may offer a rebuttal report limited in scope to the addendum to Dr. Sharlin's report by no later than **May 10, 2019**. Defendant may re-depose Dr. Sharlin as to the addendum, and Plaintiffs may depose an expert who offers a rebuttal report concerning the addendum.

3) Plaintiffs may submit an expert report limited in scope to the 45 documents produced by Defendant (bearing Bates numbers SANDOZ-AMIO-PBR3-010178 to SANDOZ-AMIO-PBR3-013671 and FUTURESCRIPTS00001 to FUTURESCRIPTS00005) by no later than **May 10, 2019**.[1] Defendant may file a rebuttal report by no later than **May 24, 2019**. The parties may depose the experts who submit such reports.

4) <u>All</u> expert discovery shall be completed by no later than **June 28, 2019**.

5) All other deadlines in the Fifth Scheduling Order (ECF No. 117) shall remain in place.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO, J.*

---

[1] <u>See</u> ECF No. 119-1. If Plaintiffs submit such a report, Plaintiffs must heed the directions stated in Section III.B of the memorandum accompanying this Order.