IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caroline Polt and Monica Polt,      :      CIVIL ACTION
individually and as co-             :      NO. 16-2362
executors of the estate of          :
Joanne Polt, deceased,              :
                                    :
            Plaintiffs,             :
      v.                            :
                                    :
Sandoz, Inc.,                       :
                                    :
            Defendant.              :


**ORDER**

      **AND NOW**, this **26th** day of **May, 2020**, after considering Plaintiffs' Motion for Partial Summary Judgment as to the Learned Intermediary Doctrine (ECF No. 138), Plaintiffs' Motion for Partial Summary Judgment as to Adequate Warning (ECF No. 139), Defendant's Motion for Summary Judgment (ECF No. 141), Defendant's Response to Plaintiffs' Motions for Partial Summary Judgment (ECF No. 148), and Plaintiffs' Response to Defendant's Motion for Summary Judgment (ECF No. 150), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Partial Summary Judgment as to the Learned Intermediary Doctrine (ECF No. 138) is **DENIED;**

2. Plaintiffs' Motion for Partial Summary Judgment as to Adequate Warning (ECF No. 139) is **DENIED;**

3. Defendant's Motion for Summary Judgment (ECF No. 141) is **GRANTED;** and

4. The Parties' Motions in Limine seeking to exclude testimony (ECF Nos. 133, 134, 135, 136, & 140) are **DENIED as moot.**

**AND IT IS SO ORDERED.**

_**/s/ Eduardo C. Robreno**_
**EDUARDO C. ROBRENO, J.**